John E. Bragonje
State Bar No. 9519
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail:jbragonje@lrrc.com

*Attorneys for Plaintiff Gabriel M. Bristol*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL M. BRISTOL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH HUGHES, individually and as trustee of the Scorpio Trust Dated January 28, 2015,<br><br>Defendant. | CASE NO.: 2:16-CV-00705-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION MADE PURSUANT TO FRCP 12(b)(1)**<br><br>**(First Request)** |

Defendant filed a motion to dismiss for lack of jurisdiction (ECF No. 9) on July 11, 2016; the response is currently due by July 28, 2016; no hearing has been ordered. To accommodate ongoing settlement discussions, the parties wish to postpone the briefing schedule. Therefore, it is hereby stipulated and agreed between Plaintiff's counsel of record, John E. Bragonje Esq., of LEWIS ROCA ROTHGERBER CHRISTIE LLP, and Defendant's counsel of record, Charles C. Rainey, Esq., of RAINEY LEGAL GROUP, PLLC, that the deadline for Plaintiff to file a response to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction made Pursuant to FRCP 12(b)(1) (ECF No. 9) shall be extended and continued from July 28, 2016 up to and including August 18, 2016. Plaintiff's response will be due on August 18, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

2010632748_2

1  IT IS SO STIPULATED:

2

3  LEWIS ROCA ROTHGERBER CHRISTIE LLP     RAINEY LEGAL GROUP, PLLC

4

5  By:/s/John E. Bragonje_____     By: /s/ Charles C. Rainey_____
JOHN E. BRAGONJE (SBN 9519)                CHARLES C. RAINEY (SBN 10723)
3993 Howard Hughes Pkwy., Suite 600        9340 W. Martin Ave., Second Floor
6  Las Vegas, Nevada  89169                 Las Vegas, NV 89148
Tel: (702) 949-8200                        Tel: (702) 425-5100
7  Fax: (702) 949-8398                      Fax: (702) 888-867-5734

8  *Attorneys for Plaintiff Gabriel Bristol*      *Attorneys for Defendant Elizabeth Joan Hughes*

9

10

11

12

13                                      **ORDER**

14                                      IT IS SO ORDERED:

15

16

17                                      _____
                                        UNITED STATES DISTRICT JUDGE
18

19                                      DATED:  July 28, 2016

20

21

22

23

24

25

26

27

28

2010632748_2                    2