John E. Bragonje
State Bar No. 9519
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail:jbragonje@lrrc.com

*Attorneys for Plaintiff Gabriel M. Bristol*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL M. BRISTOL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH HUGHES, individually and as trustee of the Scorpio Trust Dated January 28, 2015,<br><br>Defendant. | CASE NO.: 2:16-CV-00705-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION MADE PURSUANT TO FRCP 12(b)(1)**<br><br>**(Second Request)** |

Defendant filed a motion to dismiss for lack of jurisdiction (ECF No. 9) on July 11, 2016; the response is currently due by August 18, 2016 per the parties' prior stipulation and the Court's prior order (ECF No. 13); no hearing has been ordered. To accommodate ongoing settlement discussions, the parties wish to postpone the briefing schedule. Therefore, it is hereby stipulated and agreed between Plaintiff's counsel of record, John E. Bragonje Esq., of LEWIS ROCA ROTHGERBER CHRISTIE LLP, and Defendant's counsel of record, Charles C. Rainey, Esq., of RAINEY LEGAL GROUP, PLLC, that the deadline for Plaintiff to file a response to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction made Pursuant to FRCP 12(b)(1) (ECF No. 9) shall be extended and continued from August 18, 2016 (the current deadline per this Court's order (ECF No. 13)) up to and including September 1, 2016. Plaintiff's response will be due on September 1, 2016.

/ / /

/ / /

/ / /

2010733979_1

1  **IT IS SO STIPULATED:**

3  LEWIS ROCA ROTHGERBER CHRISTIE LLP    RAINEY LEGAL GROUP, PLLC

5  By:/s/*John E. Bragonje*                                    By: */s/ Charles C. Rainey*
   JOHN E. BRAGONJE (SBN 9519)                   CHARLES C. RAINEY (SBN 10723)
   3993 Howard Hughes Pkwy., Suite 600         9340 W. Martin Ave., Second Floor
   Las Vegas, Nevada  89169                               Las Vegas, NV 89148
   Tel: (702) 949-8200                                            Tel: (702) 425-5100
   Fax: (702) 949-8398                                           Fax: (702) 888-867-5734

*Attorneys for Plaintiff Gabriel Bristol*                *Attorneys for Defendant Elizabeth Joan Hughes*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 19, 2016

2010733979_1

2