**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIEL M. BRISTOL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH JOAN HUGHES, an individual,<br><br>Defendant. | Case No.: 2:16-cv-00705-JCM-CWH<br><br>**JUDGMENT AGAINST COUNTER-DEFENDANT GABRIEL BRISTOL** |
| ELIZABETH JOAN HUGHES, an individual,<br><br>Counter-Claimant,<br><br>v.<br><br>GABRIEL M. BRISTOL, an individual,<br><br>Counter-Defendant. | |

On February 3, 2023, Counter-Claimant ELIZABETH JOAN HUGHES, Motion for Default Judgment against GABRIEL BRISTOL was filed with this Court. The time for a response has passed After Considering all papers and evidence presented and entertaining arguments of counsel,  the court adopts Counter-Claimant's proposed order insofar as it appears below:

THEREFORE, on the Motion for Default Judgment, it is hereby ORDERED AND DECREED as follows;

A.      THAT, the grounds for default are clearly established and the Clerk of Court properly entered a default against the Counter-Defendant.

B.      THAT entry of Default Judgment is Warranted under Rule 55(b)(2).

C.      THAT Counter-Claimant has satisfied the Eitel factors as outlined in their Application for Default Judgment; (1) the possibility of prejudice to the plaintiff; (2) the merits of the claim; (3) the sufficiency of the complaint; (4) the amount of money at stake; (5) the possibility of a dispute concerning material facts; (6) whether default was due to excusable neglect, and (7) the policy favoring a decision on the merits. Eitel, 782 F.2d at 1471-72.

D.      THAT the Counter-Defendant is entitled to a monetary damage award in the amount of Five Hundred Ninety Thousand, Three Hundred Nineteen Dollars and Eighty-Six Cents ($590,319.86).

E.      THAT the Counter-Defendant is entitled to an award of attorney's fees in the amount to be determined by further motion.

IT IS SO ORDERED March 13, 2023.


Hon. James C. Mahan
United States District Judge

Order– 2