**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIEL M. BRISTOL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH JOAN HUGHES, an individual,<br><br>Defendant.<br>ELIZABETH JOAN HUGHES, an individual,<br><br>Counter-Claimant,<br><br>v.<br><br>GABRIEL M. BRISTOL, an individual,<br><br>Counter-Defendant. | Case No.: 2:16-cv-00705-JCM-CWH<br><br>**AMENDED JUDGMENT AGAINST COUNTER-DEFENDANT GABRIEL BRISTOL** |

    This Amended Order is being submitted to correct an error on Paragraphs D and E on the March 13, 2023 Order.

    On February 3, 2023, Counter-Claimant ELIZABETH JOAN HUGHES, Motion for Default Judgment against GABRIEL BRISTOL was filed with this Court. The time for a response has passed After Considering all papers and evidence presented and entertaining arguments of counsel,

Order– 1

THEREFORE, on the Motion for Default Judgment, it is hereby ORDERED AND DECREED as follows;

A.   THAT, the grounds for default are clearly established and the Clerk of Court properly entered a default against the Counter-Defendant.

B.   THAT entry of Default Judgment is Warranted under Rule 55(b)(2).

C.   THAT Counter-Claimant has satisfied the Eitel factors as outlined in their Application for Default Judgment; (1) the possibility of prejudice to the plaintiff; (2) the merits of the claim; (3) the sufficiency of the complaint; (4) the amount of money at stake; (5) the possibility of a dispute concerning material facts; (6) whether default was due to excusable neglect, and (7) the policy favoring a decision on the merits. Eitel, 782 F.2d at 1471-72.

E.   THAT the **Counter-Claimant** is entitled to a monetary damage award in the amount of Five Hundred Ninety Thousand, Three Hundred Nineteen Dollars and Eighty-Six Cents ($590,319.86).

F.   THAT the **Counter-Claimant** is entitled to an award of attorney's fees in the amount to be determined by further motion.

DATED March 20, 2023.

_____
Hon. James C. Mahan
United States District Judge